OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletreedeakins.com
CHRISTOPHER F. WONG, CA Bar No. 142507
christopher.wong@ogletreedeakins.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletreedeakins.com
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Defendant
BOSE CORPORATION

Joseph R. Manning, Jr., Esq. (223381)
Caitlin J. Scott, Esq. (310619)
Tristan P. Jankowski (290301)
**MANNING LAW, APC**
4667 MacArthur Blvd., Suite 150
Newport Beach, CA 92660
Office: (949) 200-8755
Fax: (866) 843-8308
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff
GUILLERMO ROBLES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOSE CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 2:16-CV-6806 RGK (AGRx)<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>Complaint Filed: September 9, 2016<br>Trial Date: None<br>District Judge: Hon. R. Gary Klausner<br>Courtroom 850, Roybal |

Case No. 2:16-CV-6806 RGK (AGRx)

JOINT NOTICE OF SETTLEMENT

28525527_1.docx

**TO THIS HONORABLE COURT:**

Plaintiff Guillermo Robles and defendant Bose Corporation (collectively, the "Parties") hereby jointly notify the Court that a settlement has been reached in the above-captioned case.

The Parties would like to avoid any additional expense and further the interests of judicial economy.  Therefore, the Parties apply to this honorable Court to vacate all currently set dates (including the February 13, 2017 Scheduling Conference) and deadlines with the expectation that the Joint Stipulation for Dismissal with prejudice as to the entire case will be filed within 60 days.

Respectfully submitted,

DATED:  January 31, 2017      OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By:  /s/ Amber L. Roller
    David Raizman
    Christopher F. Wong
    Amber L. Roller

Attorneys for Defendant
BOSE CORPORATION


DATED:  January 31, 2017      MANNING LAW APC


By:  /s/ Tristan P. Jankowski
    Joseph Manning, Jr.
    Caitlin J. Scott
    Tristan P. Jankowski

Attorneys for Plaintiff
GUILLERMO ROBLES

/ / /

/ / /

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Amber L. Roller, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: January 31, 2017          By: /s/ Amber L. Roller