JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOSE CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 2:16-CV-6806 RGK (AGRx)<br><br>[~~PROPOSED~~] **ORDER DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

[PROPOSED] ORDER
DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE

1
2
3
4   After consideration of the Joint Stipulation for Dismissal of the Entire Action
5   without Prejudice filed by Plaintiff Guillermo Robles ("Plaintiff") and Defendant
6   Bose Corporation, the Court hereby enters a dismissal without prejudice of
7   Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall
8   bear his or its own costs and attorneys' fees.
9   IT IS SO ORDERED.
10
11  DATED: February 06, 2017
12                                                    _____
13                                                    UNITED STATES DISTRICT COURT JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28