OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
DAVID RAIZMAN, CA Bar No. 129407
david.raizman@ogletreedeakins.com
CHRISTOPHER F. WONG, CA Bar No. 142507
christopher.wong@ogletreedeakins.com
AMBER L. ROLLER, CA Bar No. 273354
amber.roller@ogletreedeakins.com
400 South Hope Street, Suite 1200
Los Angeles, California 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Defendant
BOSE CORPORATION

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BOSE CORPORATION, a Delaware corporation,<br><br>    Defendant. | Case No. 2:16-CV-6806 RGK (AGRx)<br><br>***AMENDED* JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION <u>WITH</u> PREJUDICE**<br><br>Complaint Filed: September 9, 2016<br>Trial Date:      None<br>District Judge:  Hon. R. Gary Klausner |

**TO THE COURT AND ALL PARTIES:**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Guillermo Robles ("Plaintiff") and defendant Bose Corporation stipulate and jointly request that this Court enter this *amended* dismissal **with prejudice** of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' expenses.

IT IS SO STIPULATED.

Respectfully submitted,

DATED:  February 14, 2017    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


By: /s/ Amber L. Roller
    David Raizman
    Christopher F. Wong
    Amber L. Roller

Attorneys for Defendant
BOSE CORPORATION

DATED:  February 14, 2017    MANNING LAW APC


By: /s/ Tristan P. Jankowski
    Joseph Manning, Jr.
    Caitlin J. Scott
    Tristan P. Jankowski

Attorneys for Plaintiff
GUILLERMO ROBLES

/ / /

/ / /

/ / /

1

Case No. 2:16-CV-6806 RGK (AGRx)

*AMENDED* JOINT STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

28719341_1.docx

1 **Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

2  Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Amber L. Roller, do attest that all
3 signatories listed, and on whose behalf the filing is submitted, concur in the filing's
4 content and have authorized the filing.

5

6 Dated: February 14, 2017        By: /s/ Amber L. Roller

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28