# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUILLERMO ROBLES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BOSE CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 2:16-CV-6806 RGK (AGRx)<br><br>***AMENDED*** [~~PROPOSED~~] **ORDER OF DISMISSAL OF ENTIRE CASE <u>WITH</u> PREJUDICE**<br><br>Complaint Filed:  September 9, 2016<br>Trial Date:          None<br>District Judge:     Hon. R. Gary Klausner |

The Court, having considered the *Amended* Joint Stipulation for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) jointly filed by the parties, finds that this action shall be dismissed **with** prejudice.  Each party is to bear his or its own fees and costs.

**IT IS SO ORDERED.**

Dated: February 16, 2017

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT COURT